**FILED**
9/23/2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

RECEIVED 

SEP - 3 2014

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

Steven Robinson

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:14-cv-06778
Judge John W. Darrah
Magistrate Judge Michael T. Mason

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

Officer B.A
Blomstrand # 14784

_____

Lieutenant
Margeret
Lemeka

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

**CHECK ONE ONLY:**

X _____    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)**

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.   **Plaintiff(s):**

A.   Name: Steven Robinson

B.   List all aliases: _____

C.   Prisoner identification number: 20131107259

D.   Place of present confinement: Cook County Jail

E.   Address: P.O. Box 089002 Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.   Defendant: R. A. Blomstrand #14176

Title: Officer

Place of Employment: 14th district 2150 N.California Chicago IL 60647

B.   Defendant: Margeret Lameka

Title: Lieutenant

Place of Employment: 14th district 2150 N.California Chicago IL 60647

C.   Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 14 C 4499

B. Approximate date of filing lawsuit: 6 - 23 - 14

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:

Steven Robinson

D. List all defendants: Superintendent Greer

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county):

F. Name of judge to whom case was assigned: Amy J. St. EVE

G. Basic claim made: Civil

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): It is still pending

I. Approximate date of disposition: Still pending

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1)  On Nov 7, 2013 at 2:30 am. The Chicago Police 14th district stopped me on the block of 2043 W. McLean Ave Chicago IL 60647. The pulled up and shinned a light on me and told me to lay down on the ground. Witch I did with know resisting. Officer Blomstrand #14176 Kicked my right hand and stomped on my right hand Since then I had surgery and had 4 pins put in my hand so they can reconstruct my hand. I went to Stroggers hospital for my surgeries Doctor Brown was my doctor. I have copies of all my medical notes. Stroggers And Cermak have all of my medical files. I have been charged with a fabricated burglary. In the police report he does admit to Kicking my hand Hes excuse was he thought I had a wespon in my hand. He also states that when he asked what was in my hand that my response was I

Revised 9/2007

not giving you what is in my hand. The did not charge me with resisting arrest. Just Burglary the police report case # is 13 CB 2218001. I have took further action by filling a complaint with Independent Police Review Authority. My criminal Lawyer and I have also found out that they interviewed everyone involved in my arrest except they did not interviewed in the investigation Officer B.A. Blomstrand #14176. The officer that is responsible for my fractured hand. I have alot of nerve damage. I also lost some mobility of my hand I am a cook by trade. I don't know if I can continue working in my field due to my nerve damage. Doctors are uncertain how my hand will heal.

2) When I got to 14th district 2150 N. California Chicago IL 60647. During my arrest I was requesting and demanding medical treatment and to take me to the hospital on Nov 7 2013. Lieutenant Margaret Lameka told me my hand was fine and to stop whinning. She denied me medical attention. My hand was swollen I was in alot of pain. I didn't get any medical attention until 15 hours later on Nov 7, 2013. At bond court here 2700 S. California Chicago IL 60608. The judge ordered me medical attention. They took pictures at bond court. They are also in my file. I have included some copies of my medical records and a copy of my complaint with Independent Police Review Authority.

V.    **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am seeking both Punitive And Compensity Damages for pain and Suffering - Excessive force - Conflicting injury and bodily harm - Police brutality - Denied me medical attention - Lost mobility of hand. A very Public acknowledgement of wrong doing by the defendents and a appology. All defendents sued in there idividual and official capacities.  Settlement amount 2.5 million and all medical bills paid

VI.   The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___15___ day of __August__, 20 _14_

_Steven Robinson_
(Signature of plaintiff or plaintiffs)

_Steven Robinson_
(Print name)

_20131107259_
(I.D. Number)

_P.O. Box 089002_
_Chicago IL 60608_
(Address)

Revised 9/2007

INDEPENDENT POLICE REVIEW AUTHORITY   LOG #1066679        1

1

2

3

4

5

6

7

8

9              STATEMENT OF STEVEN ROBINSON

10      CONDUCTED BY INVESTIGATOR DARREN BOWENS

11         on January 23, 2014 at 1030 hours

12             at the Cook County Jail

13

14

15

16

17

18

19

20

LOG# *1066679*

Attachment *11*

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

INDEPENDENT POLICE REVIEW AUTHORITY   LOG #1066679      2

INVESTIGATOR BOWENS:   This is the Order of the Court

2      statement of the complainant, Steven E. Robinson,

3      regarding Log #1066679.   This interview is being taken at

4      Cook County Jail.   Today is 23rd of January, 2014.

5                          EXAMINATION

6      BY INVESTIGATOR BOWENS:

7          Q    I'm Investigator Darren Bowens, D-a-r-r-e-n,

8      Bowens, B-o-w-e-n-s, and my star number is 124.   Also

9      present during this interview is Investigator Tammy

10      Clark.   Investigator Clark, could you please state and

11      spell your first name?

12          INVESTIGATOR CLARK:   Tammy, T-a-m-m-y.   Last name

13      Clark, C-l-a-r-k.   Star number 175.

14      BY INVESTIGATOR BOWENS:

15          Q    Okay.   Mr. Robinson, could you please state and

16      spell your first and last name?

17          A    Yes, uh, Steven Robinson, S-t-e-v-e-n R-o-b-i-

18      n-s-o-n.

19          Q    And what is your sex?

20          A    Male.

21          Q    Your race?

22          A    White.

23          Q    Date of Birth?

24          A    5-24-73.

VICTORIA COURT REPORTING SERVICE, INC.
(312) 443-1025

1         Q    And your age?

2         A    40.

3         Q    And what address do you have -- uh, can we

4    contact you at, Mr. Robinson?

5         A    Uh, 3637 North Lotus.

6         Q    And is that a house or an apartment?

7         A    It's a house.

8         Q    Okay -- house, okay.  Do you have a telephone

9    number you can be contacted at when you are outside of

10   Cook County Jail?

11        A    Uh, not right now at this moment, no.

12        Q    Okay.

13        A    I don't have the number with me.  I do have

14   one, but I forgot the sheet.

15        Q    Okay.

16        A    Okay.

17        Q    All right.  The event we're going to talk about

18   today, sir, occurred on November 7, 2013, at 2043 West

19   McLean Avenue.  Is that correct?

20        A    Yes, sir.

21        Q    Okay.  Uh, you were arrested on that day by

22   Chicago police officers.  Is that correct?

23        A    Yes, sir.

24        Q    Can you tell me what occurred on that day?

INDEPENDENT POLICE REVIEW AUTHORITY   LOG #1066679      4

1       A     Uh, I was walking uh, down McLean Street.  Uh,

2    and then (inaudible 0:01:45.0) they told me to lay down

3    on the ground and, "Put your hands on -- above your

4    head."  And I did that, and then the officer came over

5    there and put a flashlight on my hands and then all of a

6    sudden he stomped and kicked my hand.

7       Q     Okay.

8       A     He said the reason why he kicked my hand -- he

9    thought there was a gun in my hand, but I know I had no-

10   -- nothin' in my hand.

11      Q     Okay, and what happened after that?

12      A     Uh, they put handcuffs on me.  Uh, they told

13   me, "Get up," and they -- they pulled me up, and they

14   start searchin' me, and they found my phone in my pocket,

15   and then they put me in the squad car --

16      Q     Okay.

17      A     -- what else.

18      Q     Okay.  They put you in the car -- quad -- scar

19   -- squad car --

20      A     Yes.

21      Q     -- then they transpo-, transported you to the -

22   -

23      A     Well, they did some investigating on the crime

24   scene, whatever, but that wasn't part of me.  That was

1        (inaudible 0:02:40.4) squad car.  They were, you know,

2        talking to people and stuff.

3        Q      Okay.  What happened once they put you inside

4        the squad car?

5        A      Uh, they told me that if I didn't give them a

6        garage door opener they were looking for that they were

7        going to put a case on me.

8        Q      Okay.

9        A      Uh, so they were looking for some kind of

10       garage door opener and uh, I guess someone else -- there

11       was -- what happened was in the scene of the crime is

12       there was burglars in the area at that time.

13       Q      Okay.

14       A      Uh, they happened to stop me.  Uh, and we just

15       got word from uh, my 9-1-1 tapes that they had no

16       probable causing to stop me 'cause uh, we got the 911

17       tapes --

18       Q      Okay.  Before we get to the 911 tape, I just

19       want to talk about the incident.

20       A      Okay.

21       Q      They were searching for a garage opener, and

22       you couldn't produce it for 'em, so what happened after

23       that?

24       A      Uh, they put me in the squad car and asked me

1    uh, some questions about uh, garage door opener, uh, "Why

2    you in that car?"  Uh, stuff like that.

3         Q    Okay.

4         A    Uh, but uh, I was never in the car.

5         Q    Okay, and then what happened after that?  What

6    did they do?

7         A    Uh, oh, well, they took me to the police

8    station.

9         Q    Okay, and what happened there?

10        A    Yeah, when I asked for medical attention in the

11   police station uh, they said they -- they're not giving -

12   - they were not giving me no medical attention, so I

13   didn't get no medical attention 'til I got to Cook County

14   Jail at the bond court.  I've asked every single officer

15   --

16        Q    And how many days had passed since the time you

17   asked?

18        A    Uh, about 15 hours was passed.

19        Q    About 15 hours right there?

20        A    I got arrested at 2:35.  I was in bond court

21   'bout 11 o'clock.  I didn't see a doctor 'til about 5

22   o'clock that night.

23        Q    Okay, and uh, why did you request medical

24   attention?

INDEPENDENT POLICE REVIEW AUTHORITY   LOG #1066679       7

1        A    Because my hand was swollen and broken --

2        Q    Uh, which hand would that be?

3        A    My right hand.  My right wrist and hand, which

4    got pins in it now.

5        Q    Okay.  All right, so -- and who did you inform

6    at the station that you wanted medical attention?

7        A    Uh, I can't remember her name, but she is in

8    police report, and I did ask her about medical attention

9    and the -- all the officers and uh, she said something --

10    I guess my lawyer told me she said that I refused medical

11    attention or something or whatever.  I don't know --

12        Q    Okay.

13        A    (Inaudible 0:04:33.2) that's what the police

14    report said, but uh, but does -- it does say that I was

15    asking for medical attention.

16        Q    Okay, so you didn't receive medical attention

17    'til you got to uh, bond court here at Cook County Jail?

18        A    Yes.

19        Q    Okay.

20        A    They even took pictures at bond court of my

21    hand.

22        Q    Okay.  Have you received medical treatment for

23    your hand?

24        A    Yes, I have.

```
 1              records so I'll be able to see everything that the doctor

 2              noted.  Now, this officer that approached you and uh,

 3              stopped on your hand, can you give me a description of?

 4                   A    Uh --

 5                   Q    Male?  White?

 6                   A    Yeah, male.  Uh, tall.  Uh --

 7                   Q    About how tall would you say?

 8                   A    Lil' bit taller than me.  Uh, he about 6'3"

 9       maybe.  Uh, black hair.  Uh, he looked like --

10                   Q    Was he a male white?

11                   A    Yes, male, white.

12                   Q    Okay.

13                   A    Uh --

14                   Q    Was he in uniform?

15                   A    Yes he was.

16                   Q    And approximately how old do you think he is?

17                   A    Late 20s, early 30s.

18                   Q    Okay, and what about his uh, weight?

19                   A    Uh, 240.

20                   Q    Okay, and so you were lyin' on the ground.

21       They -- did he have a partner with him?

22                   A    Uh, yes he did.

23                   Q    Okay.

24                   A    And uh, I can't remember too much.  It was at
```

INDEPENDENT POLICE REVIEW AUTHORITY   LOG #1066679         8

1        Q     And what was it diagnosed as?

2        A     Uh, fractured uh -- they had reconstruct my

3    hand.  Uh, it was all fractured to the bad where they had

4    to do surgery, and I'll show you where.

5        Q     Okay.

6        A     They opened my hand up and put four or five

7    stitch- -- pins in there.

8        Q     Okay.  All right, and approximately how long

9    ago did you have that surgery on your hand?

10       A     Uh, I had that November 28th, I think it was.

11       Q     Okay.  All right, and what hospital did you

12   first receive treatment at for your and?

13       A     (Inaudible 0:05:20.7) my hand but actually

14   treatment me was Stroger's Hospital in (inaudible

15   0:05:20.9) Cook County; Strogers.

16       Q     Okay.  All right.  Now, is -- is --

17       A     Uh, also in the medical -- also in the medical

18   uh, notes he put, I think he did, that my hand uh -- in

19   the police reports it states that he kicked my hand, but

20   in the -- in the doctor's opinion, he puts in my notes

21   that my hand was stomped.  There was no one -- "there was

22   no way someone just kicked your hand with the evidence

23   you got."

24       Q     Okay.  Well, I'm going to obtain your medical

INDEPENDENT POLICE REVIEW AUTHORITY    LOG #1066679        10

1    nighttime.  Like there was so much going on.

2         Q    Okay.

3         A    I mean, I can remember him harassing me.

4         Q    And what did the officer do as you was laying

5    down?  What did he come up to you and do?

6         A    Uh, he looked at my hands and then all of a

7    sudden he just started -- he stomped my -- he kicked my

8    hands and stomped it.  He kicked it and then stomped it.

9         Q    Approximately how many times did he kick your

10   hand?

11        A    Uh, once.  Uh, one time kicked, two times

12   stomped it.

13        Q    Uh, okay, and what happened right after he

14   stomped and kicked your hand?  What happened then?

15        A    Uh, I -- I asked him, "Ow!  Why you doing

16   that?"  Right?  I was in pain, and then they just put the

17   handcuffs on me.  Uh, and uh, said we -- we thought there

18   was a weapon in your hand.

19        Q    Okay.

20        A    That was their excuse.

21        Q    All right.

22        A    (Inaudible 0:07:13.2) the police report said

23   that they thought my phone was my weapon.

24        Q    Okay, did you have a --

INDEPENDENT POLICE REVIEW AUTHORITY   LOG #1066679       11

1       A    They're saying -- they were saying that my

2    phone was in my hand, and when he (inaudible 0:07:23.1)

3    that was the reason why he decided to stomp my hand --

4       Q    Okay.  Did you --

5       A    -- he though my phone was a weapon.

6       Q    Did you have anything in your hand at the time

7    that the officer approached you?

8       A    No, I did not.

9       Q    Where was your phone at?

10      A    In my -- uh -- uh -- my pocket up here.  My

11   left-hand side pocket.

12      Q    Okay, so you didn't have anything in your hand

13   at the time?

14      A    No, I did not, sir.

15      Q    Okay.  What were you doing prior to the police

16   approaching you?

17      A    To be honest with you, I was urinating on a

18   tree.

19      Q    Okay.  That's fine.  No, 'cause I want you to

20   be honest.

21      A    To be -- to be -- to be really true to you.

22      Q    You was urinating on the tree?

23      A    Yes I was.

24      Q    And that's when they pulled up?

1        A    Yeah, they pulled up with a spotlight.  Then he

2    told me -- he told me lay on the ground, uh, which I did

3    with no -- no -- no resisting at all.  I didn't try

4    resisting arrest; nothing like that.  Uh, I did do that.

5    Uh, uh, they came up to me, and they told me uh, put your

6    hands on top of your head.  I did that, and then they --

7    then they proceeded to kick my hand and stomp my hand.

8        Q    Okay.  All right.  Now, according to the arrest

9    report you were inside a 2007 Lexus vehicle.

10        A    That's what they're accusing me of, yes.

11        Q    Okay.  You got any knowledge of being in the

12    Lexus vehicle at that time?

13        A    No I don't.  I actually have uh -- they were

14    saying -- they were saying that people saw me in the car,

15    right?

16        Q    Okay.  Wait, but you sayin' you had no incident

17    with the car at all?

18        A    No.

19        Q    You wasn't near a 2007 Lexus?

20        A    No.

21        Q    You know why they would put this in the report?

22    Where they would get this information from?  Saying that

23    you was in a 2007 Lexus?

24        A    Well, this is what happened.  Uh, uh, when I

1         got arrested and I was gettin' handcuffed -- when I was

2         getting handcuffed, I heard over the radio, still black

3         man in a camouflage jacket in the area doing burglaries.

4              Q    Mm-hmm.

5              A    Uh, so they were in the area looking for a

6         black male with a camouflage jacket on.  Uh, I'm not

7         black.

8              Q    Right.

9              A    I don't have a camouflage jacket on.

10             Q    Okay.

11             A    I had a black jacket on at the time -- oh, no a

12        -- a blue hoodie jacket, I'm sorry.

13             Q    Okay.

14             A    Uh, so they stopped me uh, for no reason.  They

15        had no probable causing to be stoppin' me.  They ain't

16        never got a call on my description or nothin'.

17             Q    Okay.  Now do you have any witnesses to this

18        incident; anyone who witnessed this incident?

19             A    That what -- he hit my hand?

20             Q    The incident between the police at the scene.

21             A    Uh --

22             Q    Were you alone at this time?

23             A    Yeah, I was by myself.  Yes I was.

24             Q    Okay.  All right.  And so basically you sayin'

1      this one officer, he's the one that kicked and stomped

2      you on your hand, this one officer?  There was no other

3      physical uh, force used against you?

4          A   No.

5          Q   Okay.

6          A   My question is, is they have any reasons for me

7      denying of my weapon or anything of the sort, wouldn't

8      they not charge resisting arrest?  Is that the proper

9      procedures?  I mean, they're not just -- do they just put

10     a physical harm on people when they -- without --

11         Q   No, that's somethin' that would be uh, looked

12     at during the course of this investigation.  Is there

13     anything else that you would like to add to this

14     statement, sir?

15         A   Uh, I just hope the -- that this would be

16     settled and some kind of -- will be done about this.

17         Q   Okay, and I asked you about these uh, two

18     letters I have here prior to me interviewing you.  You do

19     confirm that writ -- wrote both of these letters, and

20     this is done in your handwriting?

21         A   Yes.

22         Q   That correct?

23         A   Yes.

24         INVESTIGATOR BOWENS:  Okay.  Do you have any

INDEPENDENT POLICE REVIEW AUTHORITY   LOG #1066679      15

1         questions, Investigator Clark?

2              **INVESTIGATOR CLARK:**   I do not.

3              **INVESTIGATOR BOWENS:**   Okay.   Well, this now

4    concludes the statement of the complainant, Steven

5    Robinson, regarding Log# 1066679 on 23rd of January, 2014.

6                        (STATEMENT ENDED)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1       STATE OF ILLINOIS )

2                         ) SS

3       COUNTY OF C O O K )

4

5            I, VICTORIA E. ROCK, Notary Public, do hereby

6       certify that I caused this audio recording to be

7       transcribed.

8            I further certify that the foregoing is a true

9       and correct transcription to the best of my ability;

10      and further, that I am not counsel for nor in any

11      way interested in the outcome thereof.

12

13           IN TESTIMONY WHEREOF, I have hereunto set my

14      hand this 29th day of January , 2014.

15

16

17                      _Victoria E. Rock_

18                      VICTORIA E. ROCK

19                      CSR #084-001929

20

21

22

23

24

To Independent Review board          12/9/13

On November 7, 2013 I got stopped by the 14th district Chicago Police they told me to lay down on the ground wet witch I followed directions. During the process they Kicked me in my ribs and stomped and Kicked my right hand and wrist fracted and broke it. I couldn't get any medical attention until I got to bond court for this fabricated burglary case they put on me. I have been going to Stroger hospital here in Chicago. I have been in surgery and been going to the hospital for the last month. They had to put 4 pins in my wrist. I'm been put on pain medicine for my wrist. When I was at bond court they took pictures. A lady came back to the bullpin after court and took pictures of my swollen my wrist was. I have these medical records for evidence. Its been nothing but Police brutality. Its been very Painful and I'm been suffering with the pain and being away from my family especially during the holidays for a crime I didnt commit.

**LOG#** _1066617_

**Attachment** _4_

My name is Steven Robinson I written this letter to you because I need some one to help and guide me through this situation I need some help. Can you please come see me or respond to my letter. Here is my info →



## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION
## PURSUANT TO HIPAA

| Patient Name *Steven Robinson* | Date of Birth *24 MAY 1973* | Social Security Number *Unknown* |
|---|---|---|
| Patient Address *1706 N. Kedzie Avenue* | | |

I, or my legal representative, authorize the disclosure and release of my protected health information, as described in section 6 below, to the City of Chicago's Independent Police Review Authority, 1615 West Chicago Avenue, Chicago Illinois 60622, to be used in accordance with the reason stated in Section 7 below.

In accordance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **STD TESTS, RESULTS AND TREATMENT (INCLUDING HIV/AIDS), ALCOHOL and DRUG ABUSE TREATMENT, DOMESTIC VIOLENCE HISTORY**, as well as **MENTAL HEALTH TREATMENT**, except psychotherapy notes.

2. I have the right to revoke this authorization at any time by writing to: City of Chicago – Independent Police Review Authority, c/o Investigator *BOWENS*, # *124*, 1615 West Chicago Avenue, Chicago IL 60622. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

3. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will **NOT** be conditioned upon my authorization of this disclosure.

4. Information disclosed under this authorization might be re-disclosed by the recipient (IPRA), and this re-disclosure may no longer be protected by federal or state law.

| 5. Name and address of health provider or entity to release this information: |
|---|
| *Stroger Hospital, Cermak Health Services* |

6. Description of protected health information requested (provide a specific and meaningful description of the information sought, including dates where applicable):
Any and all records pertaining to medical attention, including, but not limited to: observation, examination, evaluation, testing, diagnosis, medication, therapy, or other treatment rendered, or prescribed on or about *NOVEMBER 2013*

| 7. Reason for release of information: Ongoing investigation of Log # *1066679* | 8. Date or event on which authorization will expire: Upon completion of the investigation |
|---|---|
| 9. If not the patient, name of legal representative: | 10. Authority to sign on behalf of patient: |

X *Steve Robinson*
_____
Signature of patient or representative authorized by law

Date: *1-23-14*

LOG# *1066679*

Attachment *18*

**Cermak Health Services of Cook County**
2800 S. California Avenue
Chicago, IL 60608

## EMERGENCY ROOM RECORD

Cermak ER Phone # 773-674-5628

Date _____

CKPinm- ROBINSON, STEVEN E
DOB-05/24/1973 Age- 40Y FC- 11/07/2013
Acd#20131107259 9901 BP 1 MR#00089914z

`'13 NOV 07 19:32:44`

| | Initial | DOC # | | Location | DOB |
|---|---|---|---|---|---|
| | | MR # | | | |

| History / Complaints | Time Triaged | Medications | | RACE: ☐ B ☒ W ☐ L  Other ___ | Sex ☒ Male  ☐ Female |
|---|---|---|---|---|---|

Ⓡ hand 1st digit injury

SPIT

Consent - I hereby authorize the physician and / or nurse in charge of emergency at Cermak Health Services to administer such treatment and medication as may be deemed necessary or advisable by the physician in the diagnosis and treatment of this case while a patient I further authorize Cermak Health Services to release necessary information to authorized physicians for future care, or to insurance companies or other authorized agencies for completion of the care for medical benefits.

Signature: _____

| FIRST DAY LMP | Last Tetanus | Allergies: | O² Sat | Peak Flow | Accu Check | Urine Dipstick |
|---|---|---|---|---|---|---|
| | <5yrs | NKDA | 100 | | | |

| Temp | Pulse | Resp. rate | BP | Repeat Vitals | Orthostatic Vitals | Nurses Signature |
|---|---|---|---|---|---|---|
| 98.1 | 76 | 18 | 138/82 | | | |

Time Seen by provider   932

| | | Time | Orders | Time / RN |
|---|---|---|---|---|
| | | 932 | Strogen by Squad | |

S) pt stated some
one stepped on his
rt hand and beat on him
badly
pt also was kicked.
to rt ribs

Lt hand (R) swelling, contr
to great trochanr area.
Some rt thumb area
Rom to all thumb movement

Provider Initials

**Sexual Assault Panel**
RPR, HBsAG, HIV 1, HCV-Ab, HIV Consent
Gonorrhea Culture: __ Mouth __ Anus __ Urethra
Post Exposure Panel
HIV 1, HCV-Ab, HBsAG/AB, RPR

Form#: 863 15 Rev Sep 2009
01-3100-6315

Copy 1 Medical Records (White)   Copy 2 Patient (Yellow)



CKPinm- ROBINSON, STEVEN E
DOB-05/24/1973 Age- 40Y FC- 11/07/2013
Acd#20131107259 9901 BP 1 MR#00089914z

LOG# 1066679

Attachment 13

| TEST RESULTS | Time _____ |
| | Initials _____ |

| RE-EVALUATIONS /PROCEDURES | Time _____ |
| | Initials _____ |

**Additional Notes:**

No Xray available

@ lermake Thx Tm

Pt sent E stoser for xry

and further margnmt

| DIAGNOSIS | **DISCHARGE DIAGNOSIS** | **DISPOSITION (Mark all that apply)** |
| | R/o. Rt hand, Rt thumb f x | ☐ Division _____ |
| | R/o Rt Rib f x | ☐ Infirmary _____ |
| | Time ER Visit Completed _01, 30/pm_ | ☐ Specialty Clinic   ☐ Other _____ |
| | Time Departed For Outside Hospital _____ | ☐ Fantus _____ |
| | Endorsed to _____ | ☐ Cermak _____ |
| | | ☒ Stoger Hospital ☐ Other Hospital |

| CONDITION ON DISCHARGE | ☐ Improved   ☐ Unchanged   ☐ Other | **INSTRUCTIONS TO PATIENT** |
| | ☐ Crutches / Cane   ☐ Wheel Chair | ☐ Educated about Medications & Follow Up. |
| | | ☐ Other _____ |

Provider Signature _____     Provider Pager # _____

MD / PA Stamp

Form#: 883.15 Rev Sep 2009
053100-6315

Copy 1 Medical Records (White)   Copy 2 Patient (Yellow)

CK prtim ROBINSON, STEVEN E
DOB-05/24/1973 Age- 40Y FC- 11/07/2013
A# 20131107259 9901 BP 1 MR#00089914Z

Nursing Note Inpt                     ROBINSON, STEVEN E - 00089914z

* Final Report *

| | |
|---|---|
| Result Type: | Nursing Note Inpt |
| Result Date: | November 07, 2013 19:23 |
| Result Status: | Auth (Verified) |
| Result Title: | Nursing Progress Note |
| Performed By: | HOLLINGSWORTH RN, SHARON on November 07, 2013 19:23 |
| Verified By: | HOLLINGSWORTH RN, SHARON on November 07, 2013 19:23 |
| Encounter info: | 20131107259, CHS, Visit CHS, 11/7/2013 - |

## * Final Report *

Nursing Progress Note Entered On:  11/07/2013 19:25
Performed On:  11/07/2013 19:23  by HOLLINGSWORTH RN, SHARON

**Nursing Progress Note**
*Nursing Progress Note :*  Pt. was sent to ER for further evaluation of R wrist and hand. Tramadol 50mg po given as ordered.

HOLLINGSWORTH RN, SHARON - 11/07/2013 19:23

**Completed Action List:**
* VERIFY by HOLLINGSWORTH RN, SHARON on November 07, 2013 19:23
* Sign by HOLLINGSWORTH RN, SHARON on November 07, 2013 19:23
* Perform by HOLLINGSWORTH RN, SHARON on November 07, 2013 19:23

ER CHS                          ROBINSON, STEVEN E - 00089914z

* Final Report *

Result Type:        ER CHS
Result Date:        November 07, 2013 22:51
Result Status:      Auth (Verified)
Result Title:       Cermak ED Discharge
Performed By:       OMEJE RN, PEACE on November 07, 2013 22:51
Verified By:        OMEJE RN, PEACE on November 07, 2013 22:51
Encounter info:     20131107259, CHS, Visit CHS, 11/7/2013 -

## * Final Report *

Cermak ED Discharge Entered On:  11/07/2013 22:58
Performed On:  11/07/2013 22:51  by OMEJE RN, PEACE

**Cermak Disposition**
*Time Out :*  21:34
*Other Discharge Diagnosis :*  R/O  RT. HAND , RT. THUMB AND RIB FX.
*ED Provider :*  MEKHAEL MD, FAYEZ M
*Cermak Disposition :*  Transfer to Hospital
(Comment: JSH [OMEJE RN, PEACE - 11/07/2013 22:51 ])

OMEJE RN, PEACE - 11/07/2013 22:51

**Completed Action List:**
* VERIFY by OMEJE RN, PEACE on November 07, 2013 22:51
* Sign by OMEJE RN, PEACE on November 07, 2013 22:51
* Perform by OMEJE RN, PEACE on November 07, 2013 22:51

LOG# *1066679*

Attachment

Hand Min 3 Views Right

ROBINSON, STEVEN E - 004731562c

° Final Report °

Result Type:        Hand Min 3 Views Right
Result Date:        November 08, 2013 01:40
Result Status:      Auth (Verified)
Result Title:       Hand Min 3 Views Right
Performed By:       ATTY MD, CORINNE on November 08, 2013 01:56
Verified By:        LARSON DO, JOHN N on November 09, 2013 17:00
Encounter info:     0737311274, Stroger, Emergency, 11/7/2013 - 11/8/2013

## * Final Report *

**Reason For Exam**
2-Fracture

**FINDINGS**
Indication: Fracture

Technique: 3 views of the right hand

Comparison: None

Findings

**IMPRESSION**
Impression:

There is a minimally displaced, intra-articular comminuted fracture involving the
proximal metadiaphysis of the first metacarpal with associated soft tissue swelling.

_____

Electronically signed by:    LARSON JOHN N LARSON
Date:                                          11/09/13
Time:                                          17:00

**Signature Line**
****FINAL REPORT****
Reading Radiologist:  ATTY MD, CORINNE
Electronically Signed by:  LARSON DO, JOHN N
On:  11/09/2013 5:00 pm

Printed by:    HAYNES, TAMARA
Printed on:    1/23/2014 09:07

Page 1 of 2
(Continued)

Hand Min 3 Views Right                     ROBINSON, STEVEN E - 004731562c

* Final Report *


Resident:  ATTY MD, CORINNE

**Completed Action List:**
* Order by PETERSON MD, KATHERINE on November 08, 2013 01:09
* Perform by UZOMA, CALLISTUS on November 08, 2013 01:40
* VERIFY by LARSON DO, JOHN N on November 09, 2013 17:00 Requested on November 08, 2013 01:57

Ribs 3 Views Left                     ROBINSON, STEVEN E - 004731562c

* Final Report *

| | |
|---|---|
| Result Type: | Ribs 3 Views Left |
| Result Date: | November 08, 2013 01:40 |
| Result Status: | Auth (Verified) |
| Result Title: | Ribs 3 Views Left |
| Performed By: | ATTY MD, CORINNE on November 08, 2013 01:56 |
| Verified By: | LARSON DO, JOHN N on November 09, 2013 17:04 |
| Encounter info: | 0737311274, Stroger, Emergency, 11/7/2013 - 11/8/2013 |

## * Final Report *

**Reason For Exam**
Trauma

**FINDINGS**
Indication: Trauma

Technique: 3 views of the left ribs

Comparison: None

Findings

**IMPRESSION**
Impression:

There is no acute displaced fracture or dislocation.

No pneumothorax.

Indicated, additional studies (three phase nuclear bone scan, etc.) may be helpful.

---

Electronically signed by:    LARSON JOHN N LARSON
Date:                                          11/09/13
Time:                                          17:04

**Signature Line**
****FINAL REPORT****
Reading Radiologist:  ATTY MD, CORINNE
Electronically Signed by:  LARSON DO, JOHN N
On:  11/09/2013 5:04 pm

Ribs 3 Views Left

ROBINSON, STEVEN E - 004731562c

° Final Report °

Resident:  ATTY MD, CORINNE

**Completed Action List:**
* Order by PETERSON MD, KATHERINE on November 08, 2013 01:09
* Perform by UZOMA, CALLISTUS on November 08, 2013 01:40
* VERIFY by LARSON DO, JOHN N on November 09, 2013 17:04 Requested on November 08, 2013 01:58

Wrist Min 3 Views Right                    ROBINSON, STEVEN E - 004731562c

* Final Report *

| | |
|---|---|
| Result Type: | Wrist Min 3 Views Right |
| Result Date: | November 08, 2013 01:40 |
| Result Status: | Auth (Verified) |
| Result Title: | Wrist Min 3 Views Right |
| Performed By: | ATTY MD, CORINNE on November 08, 2013 01:55 |
| Verified By: | LARSON DO, JOHN N on November 09, 2013 17:01 |
| Encounter info: | 0737311274, Stroger, Emergency, 11/7/2013 - 11/8/2013 |

## * Final Report *

**Reason For Exam**
2-Fracture

**FINDINGS**
Indication: Fracture

Technique: 3 views of the right wrist

Comparison: None

Findings

**IMPRESSION**
Impression:

There is a minimally displaced, intra-articular fracture involving the base of the
first metacarpal with associated soft tissue swelling.

---

Electronically signed by:    LARSON JOHN N LARSON
Date:                                     11/09/13
Time:                                     17:01

**Signature Line**
****FINAL REPORT****
Reading Radiologist: ATTY MD, CORINNE
Electronically Signed by:  LARSON DO, JOHN N
On:  11/09/2013 5:01 pm


Resident:  ATTY MD, CORINNE


| | | |
|---|---|---|
| Printed by: | **HAYNES, TAMARA** | Page 1 of 2 |
| Printed on: | 1/23/2014 09:08 | (Continued) |

Wrist Min 3 Views Right                    ROBINSON, STEVEN E - 004731562c

° Final Report °

**Completed Action List:**
* Order by PETERSON MD, KATHERINE on November 08, 2013 01:09
* Perform by UZOMA, CALLISTUS on November 08, 2013 01:40
* VERIFY by LARSON DO, JOHN N on November 09, 2013 17:01 Requested on November 08, 2013 01:56

Ortho-Hand Outpt                    ROBINSON, STEVEN E - 004731562c

° Preliminary Report °

Result Type:        Ortho-Hand Outpt
Result Date:        January 15, 2014 15:47
Result Status:      Unauth
Result Title:       Ortho clinic
Performed By:       CVETANOVICH MD, GREGORY on January 15, 2014 15:49
Encounter info:     0739309359, ACHN, Clinic Outpatient, 1/15/2014 - 1/15/2014

## * Preliminary Report *

Postoperative right Bennett's fracture.  X-rays w improveed interval healing, near
united, pins in place.  continue finger exercises, removable spica brace to be worn
most of day. pin removed in clinic today per Dr. Brown. thumb is numb per patient,
unchanged since injury. rtc in 4 weeks

seen and evaluated with dr. brown who formulated treatment plan

**Signature Line**


Electronically Authored On:    15-Jan-14 15:49
Electronically Signed By: CVETANOVICH MD, GREGORY
 SH - General Surgery - Resident
 PAGER BUS:  312 942 6000 EXT 4


**Completed Action List:**
* Perform by CVETANOVICH MD, GREGORY on January 15, 2014 15:49
* Sign by CVETANOVICH MD, GREGORY on January 15, 2014 15:49

Ortho-Hand Outpt                    ROBINSON, STEVEN E - 004731562c

\* Preliminary Report \*

| | |
|---|---|
| Result Type: | Ortho-Hand Outpt |
| Result Date: | January 08, 2014 17:31 |
| Result Status: | Unauth |
| Result Title: | ortho pn |
| Performed By: | ASSENMACHER MD, BENJAMIN on January 08, 2014 17:33 |
| Encounter info: | 0738741156, ACHN, Clinic Outpatient, 1/8/2014 - 1/8/2014 |

### \* Preliminary Report \*

PREOPERATIVE NOTE:  Postoperative right Bennett's fracture.  X-rays w improveed
interval healing, near united, pins in place.  continue finger exercises, removable
spica brace to be worn most of day. rtc in 1 week to discuss possible pin removal w/
Dr Brown
incisions well healed, remaining sutures removed

**Signature Line**

Electronically Authored On:   08-Jan-14 17:33
Electronically Signed By: ASSENMACHER MD, BENJAMIN
SH - Surgery - Resident
PAGER BUS:  312 921 9102

**Completed Action List:**
\* Perform by ASSENMACHER MD, BENJAMIN on January 08, 2014 17:33
\* Sign by ASSENMACHER MD, BENJAMIN on January 08, 2014 17:33

Ortho-Hand Outpt

ROBINSON, STEVEN E - 004731562c

* Preliminary Report °

| | |
|---|---|
| Result Type: | Ortho-Hand Outpt |
| Result Date: | November 15, 2013 16:20 |
| Result Status: | In Progress |
| Result Title: | Progress Note |
| Performed By: | VELOSO, JAN M on November 15, 2013 16:27 |
| Encounter info: | 0737357566, ACHN, Clinic Outpatient, 11/15/2013 - 11/15/2013 |

## * Preliminary Report *

**Progress Note**

Patient: **ROBINSON, STEVEN E**      MRN: **004731562c**      FIN: 0737357566
Age: **40 years**   Sex: **Male**   DOB: **5/24/1973**
Associated Diagnoses: **None**
Author: **VELOSO, JAN M**

CC: Right 1st metacarpal base fracture.
HPI: 40 yo M PTC complaining of fracture of right 1st metacarpal base. Pt states that the injury happened
occurred week 11/7/13. Pt presented to the ED on 11/8/13 at which time he was placed into a splint. Pt relates
mild pain at right thumb region. Pt also relates some shooting pain on same area. Pt is left hand dominant. Denies
f/c/n/v.

PMH: Denies
FH: Father: MI
SH: Denies etoh, tobacco, illicits.
Allergies: NKDA
Meds: Tylenol-3

PE:
Right hand:
SILT, CFT <2sec to digits.
Edema with TTP noted at right 1st metacarpal.

X-rays: Right 1st metacarpal base fracture noted. Intra-articular and displaced.

A/P: 40 yo M with right 1st metacarpal base fracture - intra-articular and displaced.
- Examined changes with fluoroscopy, no changes noted.
- Applied removal right wrist brace.
- Educated pt on diagnosis and treatment options, risks, benefits. Pt agreed to surgical correction. Pt consented
for ORIF right 1st metacarpal base fracture.
- Pt is scheduled for ORIF 1st metacarpal base fracture right hand on 11/27/13.

| | | |
|---|---|---|
| Printed by: | HAYNES, TAMARA | Page 1 of 2 |
| Printed on: | 1/23/2014 09:10 | (Continued) |

Ortho-Hand Outpt                    ROBINSON, STEVEN E - 004731562c

° Preliminary Report °


Signature Line


Electronically Signed By: VELOSO, JAN M
SH - Medicine - Student


**Completed Action List:**
* Perform by VELOSO, JAN M on November 15, 2013 16:27

Pre Operative Notes                    ROBINSON, STEVEN E - 004731562c

* Preliminary Report *

| | |
|---|---|
| Result Type: | Pre Operative Notes |
| Result Date: | December 18, 2013 18:35 |
| Result Status: | Transcribed |
| Result Title: | Pre Op Notes |
| Performed By: | BROWN MD, ANTHONY L on December 18, 2013 18:35 |
| Encounter info: | 0738208800, ACHN, Clinic Outpatient, 12/18/2013 - 12/18/2013 |
| Contributor system: | CBAY |

## * Preliminary Report *

**74 Pre Op Notes**
~~Dictation confirmation number: 22504335~~ATTENDING:
ANTHONY L BROWN, M.D.
PREOPERATIVE NOTE:  Postoperative right Bennett's fracture.  X-rays unchanged.
Recommend to continue finger exercises and return in 3 weeks for cast removal.

**Completed Action List:**
* Perform by BROWN MD, ANTHONY L on December 18, 2013 18:35
* Transcribe by  on December 19, 2013 00:40

| | | |
|---|---|---|
| Printed by: | HAYNES, TAMARA | Page 1 of 1 |
| Printed on: | 1/23/2014 09:11 | (End of Report) |

Pre Operative Notes                    ROBINSON, STEVEN E - 004731562c

° Preliminary Report °

| | |
|---|---|
| Result Type: | Pre Operative Notes |
| Result Date: | December 04, 2013 14:43 |
| Result Status: | Transcribed |
| Result Title: | Pre Op Notes |
| Performed By: | BROWN MD, ANTHONY L on December 04, 2013 14:43 |
| Encounter info: | 0738183045, ACHN, Clinic Outpatient, 12/4/2013 - 12/4/2013 |
| Contributor system: | CBAY |

## * Preliminary Report *

**74 Pre Op Notes**
~~Dictation confirmation number: 22445335~~ATTENDING:
ANTHONY L BROWN, M.D.
NOTE
HISTORY: This is a 40-year-old male, a Cermack inmate, status post open reduction of
right base first metacarpal, one week ago.  Cast and dressing was removed.  Wound is
clean.
DIAGNOSTIC DATA:    X-ray - joint well preserved.  There is very slight varus of the
first metacarpal.
RECOMMENDATIONS:
1.   Findings reviewed with the patient.  Thumb spica cast.
2.   Return in two weeks.
3.   Finger exercises.

**Completed Action List:**
* Perform by BROWN MD, ANTHONY L on December 04, 2013 14:43
* Transcribe by  on December 04, 2013 15:10

## Anesthesia Notes

ROBINSON, STEVEN E - 004731562c

° Final Report °

**Fluids:** Euvolemic.
**Temperature:** Normothermic.

**Discharge Information**
**Discharge/Transfer Status:** Discharge/Transfer Status: Outpatient discharged to same day surgery.

**Signature Line**

Electronically Authored On: 27-Nov-13 15:54
Electronically Signed By: DEL PINO MD, FRANCINA
 SH - Anesthesiology - Resident
 PAGER BUS: 312 390 2955

Signed On: 28-Nov-13 06:03
Associated Provider: GHALY MD, RAMSIS F
 SH - Anesthesia - Physician
 PAGER BUS: 312 839 2428

**Completed Action List:**
* Perform by DEL PINO MD, FRANCINA on November 27, 2013 15:54
* Sign by DEL PINO MD, FRANCINA on November 27, 2013 15:54
* Sign by GHALY MD, RAMSIS F on November 28, 2013 06:03  Requested by DEL PINO MD,
FRANCINA on November 27, 2013 15:54
* VERIFY by GHALY MD, RAMSIS F on November 28, 2013 06:03

Anesthesia Notes                    ROBINSON, STEVEN E - 00089914z

° Final Report °

| | |
|---|---|
| Result Type: | Anesthesia Notes |
| Result Date: | November 26, 2013 14:13 |
| Result Status: | Auth (Verified) |
| Result Title: | Anesthesia Pre-op Evaluation |
| Performed By: | TAGHIZADEH MD, PANTHEA on November 26, 2013 14:37 |
| Verified By: | DAVIS MD, FELICIA A on November 27, 2013 15:21 |
| Encounter info: | 20131107259, CHS, Visit CHS, 11/7/2013 - |

## * Final Report *

**Anesthesia Pre-op Evaluation**

Patient: **ROBINSON, STEVEN E**      MRN: **00089914z**      FIN: **20131107259**
Age: **40 years**   Sex: **Male**   DOB: **5/24/1973**
Associated Diagnoses: **None**
Author: **TAGHIZADEH MD, PANTHEA**

**Preoperative Information**
  **Anesthesia Preop Information**:  Date: 11/26/2013, Surgical procedure: orif right 1st metacarpal, Anesthetist:
  TAGHIZADEH MD, PANTHEA, Anesthesiologist: DAVIS MD, FELICIA A.
    Language: English.

**Histories**
  **Anesthesia history**: Patient history: None.
  **Social History**
    Denies alcohol, tobacco and drug use.

**Health Status**
  **Allergies**: .
    Allergic Reactions (Selected)
      No Known Allergies

**Physical Examination**
  **Vital Signs/Measurements**:  Vital Signs

| | | |
|---|---|---|
| 11/8/2013 06:00 | Temperature Oral | 97.5 DegF |
| | Pulse Rate | 64 bpm |
| | Respiratory Rate | 16 breaths/min |
| | Oxygen Saturation | 98 % |
| | Oxygen Delivery Device | Room air |
| | Systolic Blood Pressure | 111 mmHg |

Anesthesia Notes                    ROBINSON, STEVEN E - 00089914z

° Final Report °

| 11/8/2013 04:02 | Diastolic Blood Pressure | 62 mmHg |
|---|---|---|
| | Temperature Oral | 97.7 DegF |
| | **Heart Rate** | **58 bpm LOW** |
| | Respiratory Rate | 18 breaths/min |
| | Systolic Blood Pressure | 113 mmHg |
| | Diastolic Blood Pressure | 64 mmHg |

, Measurements from flowsheet : Measurements

| 11/7/2013 18:52 | Height | 185.42 cm |
|---|---|---|
| | Weight | 118.5 KG |
| | BMI | 34 kg/m2 |

**HEENT/Airway:**
    Mallampati classification: I (soft palate, fauces, uvula, pillars visible).
    Thyromental Distance: 7 cm.
    Mouth opening: 5 cm.
    Teeth: None loose, Cracked.
    Anatomical variations: NONE.
    Anatomical distortion: NONE.
    Eye: None.
**CNS:** Unremarkable.
**Cardio-Pulmonary System:**
    Cardiac: History ( Unremarkable ).
    Pulmonary: History ( Unremarkable ).
**GI-GU, Renal System:**
    GI: History ( Unremarkable ).
    GU: History ( Unremarkable ).
    Renal: None.
**Hematology-Endocrine System:**
    Hematology: Unremarkable.
    Endocrine: Unremarkable.
**Musculoskeletal System:** Fracture.

**Review / Management**
    Condition: Stable.

**Plan**
    **ASA Classification:** Class I.
    **Anesthesia Plan**

Anesthesia Notes                          ROBINSON, STEVEN E - 00089914z

° Final Report °


Anesthesia: Regional supraclavicular block.
Additional Information: Patient agrees to anesthesia plan and alternate, No ASA/Motrin/Naprosyn/Aleve for 7
days, NPO after midnight.

**Attending Attestation**
I performed: The medical history.
I supervised the key portions of: The medical history, The physical exam.
I discussed the case with: The resident.
Interpretation and Plan

**Signature Line**


Electronically Authored On: 26-Nov-13 14:37
Electronically Signed By: TAGHIZADEH MD, PANTHEA
 SH - Anesthesiology - Resident
PAGER BUS: 312 400 6452

Signed On: 27-Nov-13 15:21
Associated Provider: DAVIS MD, FELICIA A
 SH - Anesthesiology - Physician
PAGER BUS: 312 903 2714


**Completed Action List:**
* Perform by TAGHIZADEH MD, PANTHEA on November 26, 2013 14:37
* Sign by TAGHIZADEH MD, PANTHEA on November 26, 2013 14:37
* Modify by DAVIS MD, FELICIA A on November 27, 2013 15:21
* Sign by DAVIS MD, FELICIA A on November 27, 2013 15:21  Requested by TAGHIZADEH
MD, PANTHEA on November 26, 2013 14:37
* VERIFY by DAVIS MD, FELICIA A on November 27, 2013 15:21


Printed by:    HAYNES, TAMARA                              Page 3 of 3
Printed on:    1/23/2014 09:11                             (End of Report)

Anesthesia Notes                                                    ROBINSON, STEVEN E - 004731562c

° Final Report °

| | |
|---|---|
| Result Type: | Anesthesia Notes |
| Result Date: | November 27, 2013 15:53 |
| Result Status: | Auth (Verified) |
| Result Title: | Anesthesia Discharge Note/Post-Op Visit |
| Performed By: | DEL PINO MD, FRANCINA on November 27, 2013 15:54 |
| Verified By: | GHALY MD, RAMSIS F on November 28, 2013 06:03 |
| Encounter info: | 0737982934, Stroger, Ambulatory Surgery/SDS, 11/27/2013 - 11/27/2013 |

## * Final Report *

Anesthesia Discharge Note/Post-Op Visit

Patient: **ROBINSON, STEVEN E**      **MRN: 004731562c**      **FIN: 0737982934**
Age: **40 years**   Sex: **Male**   DOB: **5/24/1973**
Associated Diagnoses: **None**
Author: **DEL PINO MD, FRANCINA**

**Visit Information**
   **Visit Type:** PACU discharge.
   **Attending:** GHALY MD, RAMSIS F.

Procedure
   **Surgical Procedure**
      orif right 1st metacarpal

   **Anesthesia Type**
      General anesthesia.
      Regional block (r supraclavicular block).
   **Pain Status**
      Pain Scores: 2.
      Pain controlled with IV medications.
      Postoperative pain plan is oral meds at home.

Postoperative Information
   **Level of Consciousness:** Awake and Oriented.
   **Physical Activity:** Able to move all extremities on command.
   **Hemodynamic Stability:** MAP change < 20% of baseline.
   **Respiratory Stability:** Able to breathe deeply.
   **Oxygen Saturation Status:** Maintains value > 93%.
   **Postoperative Emetic Symptoms:** None or mild with no active vomiting.

| | | |
|---|---|---|
| Printed by: | HAYNES, TAMARA | |
| Printed on: | 1/23/2014 09:11 | |